# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2855

_____

Monty M. Shelton

*Plaintiff - Appellant*

v.

Gene Beasley, Warden, FCI-Forrest City

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Eastern Division

_____

Submitted: July 24, 2018
Filed: July 27, 2018
[Unpublished]

_____

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Monty Shelton appeals following the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Having conducted a careful review of the record and the parties' arguments on appeal, we conclude that Shelton's petition was properly dismissed for lack of subject matter jurisdiction. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.